O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>JOSE RODRIGUEZ ALATORRE,<br><br>          Defendant. | SA 08-126M<br><br>ORDER OF DETENTION AFTER HEARING<br>(18 U.S.C. § 3142(i)) |

I.

A. ( ) On motion of the Government involving an alleged

    1. ( )  crime of violence;

    2. ( )  offense with maximum sentence of life imprisonment or death;

    3. ( )  narcotics or controlled substance offense with maximum sentence of ten or more years

          (21 U.S.C. §§ 801,/951, et. seq.,/955a);

    4. ( )  felony - defendant convicted of two or more prior offenses described above.

B. On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

    1. ( X )  serious risk defendant will flee;

    2. ( )  serious risk defendant will

        a. ( )  obstruct or attempt to obstruct justice;

        b. ( )  threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

1              II.

2    The Court finds no condition or combination of conditions will reasonable assure:

3    A. ( X )   appearance of defendant as required; and/or

4    B. ( ) safety of any person or the community;

5              III.

6    The Court has considered:

7    A. ( x ) the nature and circumstances of the offense;

8    B. ( x ) the weight of evidence against the defendant;

9    C. ( x ) the history and characteristics of the defendant;

10   D. ( ) the nature and seriousness of the danger to any person or to the community.

11             IV.

12   The Court concludes:

13   A. ( ) Defendant poses a risk to the safety of other persons or the community because:

14

15   B. (x)    History and characteristics indicate a serious risk that defendant will flee because:

16       **Defendant is undocumented. He has no ties to the community and no bail**

17       **resources.**

18

19   C. ( ) A serious risk exists that defendant will:

20       1. ( )   obstruct or attempt to obstruct justice;

21       2. ( )   threaten, injure or intimidate a witness/ juror; because:

22

23   D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24       provided in 18 U.S.C. § 3142 (e).

25   ///

26   ///

27   ///

28   ///

1  IT IS ORDERED that defendant be detained prior to trial.

2  IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3  facility separate from persons awaiting or serving sentences or person held pending appeal.

4  IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5  consultation with his counsel.

8  Dated: March 25, 2008

**MARC L. GOLDMAN**
Marc L. Goldman
U.S. Magistrate Judge

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR - 94 (02/94)     - 3 -